```
Label Matrix for local noticing        BK Global Real Estate Svcs            Century 21 Carioti
113A-6                                 c/o Stephanie Givens                  c/o Kavita Hanisha Uttamchandani
Case 6:16-bk-04202-KSJ                 2000 E Lamar Blvd, #155               1650 Sand Lake Road Ste 107
Middle District of Florida             Arlington, TX 76006-7337              Orlando, FL 32809-7671
Orlando
Mon Jan  9 14:10:39 EST 2017

Federal National Mortgage Association  (p)ADVANTA                            American Express
c/o Popkin & Rosaler, P.A.             700 DRESHER RD                        POB 360002
1701 W. Hillsboro Blvd. Suite 400      HORSHAM PA 19044-2206                 Fort Lauderdale, FL 33336-0002
Deerfield Beach, FL 33442-1572


Bank of America                        Bank of America                       Capital One Bank
POB 31785,                             Unit/CA6-919-02-41                    POB 650007
Tampa, Fl. 33631-3785                  PO Box 5170                           Dallas, TX 75265-0007
                                       Simi Valley, CA 93062-5170


Chase                                  Chase Bank USA                        Credit Control LLC
Card Member Service                    PO Box 47020                          5757 Phantom Drive
POB 15153                              Atlanta, GA 30362-0020                Suite 330
Wilmington, DE 19886-5153                                                    Hazelwood, MO 63042-2429


Discover Card                          (c)FIRST NATIONAL COLLECTION          Florida Department of Revenue
POB 71084                              610 WALTHAM WAY                       Bankruptcy Unit
Charlotte, NC 28272-1084               MCCARRAN NV  89434-6695               Post Office Box 6668
                                                                             Tallahassee FL 32314-6668


Fox Collection Center                  (p)CITIBANK                           Infiniti Financial Services
Po Box 528                             PO BOX 790034                         POB 660360
Goodlettsvile, TN 37070-0528           ST LOUIS MO 63179-0034                Dallas, TX 75266-0360


Internal Revenue Service               LVNV Funding                          Law Offices Ronald A. Alter
Post Office Box 7346                   POB 740281                            81 NE 39th Street
Philadelphia PA 19101-7346             Houston, TX 77274-0281                Miami, FL 33137-3640


M J Altman Companies I                 Orange County Tax Collector           Popkin & Rosaler, P.A
Po Box 3070                            PO Box 545100                         1701 West Hillsboro Blvd.
Ocala, FL 34478-3070                   Orlando FL 32854-5100                 Ste. 400
                                                                             Deerfield Beach, FL 33442-1572


Rubin and Debski, PA                   Sams Club                             Seterus
POB 47718                              POB 530942                            Attn:Bankruptcy Dept
Jacksonville, FL 32247-7718            Atlanta, GA 30353-0942                PO Box 2008
                                                                             Grand Rapids, MI 49501-2008


Seterus                                SunTrust Bank                         SunTrust Bank
POB 1077,                              POB 305053                            POB 85024
Hartford, CT 06143-1077                Nashville, TN 37230-5053              Richmond, VA, 23285-5024
```

| | | |
|---|---|---|
| Suntrust<br>PO Box 3411<br>Germantown, TN 38183 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | XM Satellite Radio<br>POB 9001399<br>Louisville, KY 40290-1399 |
| Allison Moscato<br>Law Office of Allison Moscato, P.A.<br>549 North Wymore Road, Suite 209<br>Maitland, FL 32751-4257 | Arvind Mahendru<br>5703 Red Bug Lake Road<br>Suite 284<br>Winter Springs, FL 32708-4969 | Robert P. Crane Jr.<br>1911 Rachels Ridge Loop<br>Ocoee, FL 34761-9012 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Advanta<br>PO Box 8088<br>Philadelphia, PA 19101 | Home Depot Credit Services<br>PO Box 6029<br>The Lakes, NV 88901-6029 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

First National Collection
601 Waltham Way
Sparks, NV 89434

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Capital One Bank<br>POB 650007,<br>Dallas, TX 75265-0007 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     1<br>Total                  36 |