# SETTLEMENT AGREEMENT

# seterus™

Box 1077, Hartford, CT 06143-1077

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**Physical Address**
14523 SW Millikan Way, Suite 200, Beaverton, OR 97005

**Payments**
PO Box 54420, Los Angeles, CA 90054-0420

**Correspondence**
PO Box 1077, Hartford, CT 06143-1077

Phone: 866.570.5277
Fax: 866.578.5277
www.seterus.com

L775U
ROBERT P CRANE JR
1055 HAWTHORNE COVE DR
OCOEE, FL 34761

December 30, 2016
Loan number: ███2017 ("Loan")
Serviced by Seterus, Inc.

Dear ROBERT P CRANE JR:

We are pleased to advise you that, subject to the conditions in this Agreement, we can offer you a discounted payoff in the amount of $231,583.00, which includes a borrower cash contribution of $0.00.

**This discount expires on** the earlier of any court ordered scheduled foreclosure sale date or **February 10, 2017** ("Expiration Date"). To accept this offer, you must comply with the Terms and Conditions listed below and list and sell the property that secures this Loan to someone you are NOT related to nor with whom you have a close personal or business relationship ("an arms-length transaction"). If you do not comply with the Terms and Conditions listed below, this offer is null and void, and the servicer reserves the right to return short sale funds.

**Terms and Conditions:**
1. All of the above named Borrower(s) and Guarantor(s), if applicable, must sign this Agreement below, and each signature must be notarized. You should be able to obtain notary services at your financial institution.
2. We must receive the full discounted payoff amount of $231,583.00, by bank wire transfer, bank check, money order, or certified funds on or before February 10, 2017 or within two business days of closing. You must send the funds to the address referenced at the end of this Agreement.
3. The purchaser cannot resell the property within 30 days of the short sale settlement date. The purchaser cannot resell the property for greater than 120 percent of the short sale price within 90 days of the short sale settlement date.
4. If there are junior liens on the property securing your loan, you must negotiate their settlement or release, and the settlement amount must not exceed $0.00 in total for this agreement to remain valid. Any payment paid to the junior lien is contingent upon agreement by all lienholders to release their liens and extinguish the indebtedness secured by the subject property.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL OR FOR INFORMATIONAL PURPOSES ONLY. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. HOWEVER, THE LIEN AGAINST THE PROPERTY SECURING THIS DEBT MAY REMAIN ON THE PROPERTY UNTIL THE AMOUNT OWING ON THE LOAN IS PAID. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

5. The following cancellation clauses must be added to the listing agreement and sales contract as specified below.
   - If required, the listing agreement must include, "Seller may cancel this agreement prior to the ending date of the listing period without advance notice to the broker, and without payment of a commission or any other consideration, if the property is conveyed to the mortgage insurer or the mortgage holder."
   - The sales contract must include, "The seller's obligation to perform on this contract is subject to the rights of the mortgage insurer (if any) and the mortgage holder relating to the conveyance of the property."
6. Any contribution of funds from the Borrower(s) other than the contribution, if any, specified in this Agreement must be approved by Seterus in writing before including these amounts on the Estimated and Final HUD-1 Settlement Statement (HUD-1).
7. Seterus will process the release of the lien. Any fees assessed for this service must NOT be included on the Estimated and Final HUD-1.
8. The HUD-1 must identify Borrower(s) as the Seller(s) and Kirk Toren as the Buyer(s).
9. This offer is subject to the acceptance of any and all requirements by the mortgage insurer company if your loan is insured.
10. Neither the Sellers(s) nor the Buyer(s) will receive any funds or commissions from the sale of the property except that the Seller(s) may receive a payment if it is offered by the Servicer, approved by the Investor and, if the payment is made at closing of the short sale of the property, reflected on the HUD-1.

**Terms and Conditions required by no later than two business days prior to closing:**
11. The Final HUD-1 must be approved by Seterus.
12. All junior lienholders must provide, in writing, agreement to release the lien(s), and if receiving a settlement amount, must include an additional waiver of any and all rights to seek a deficiency judgment against the Borrower.
13. If you are in active Bankruptcy; we must receive a motion for relief or court approval to proceed at least 48 hours prior to closing, if required by the district.
14. You must assign your rights to any unearned insurance premium refund by completing and returning the enclosed Short Sale Assignment of Unearned Premium Refund Approval Form.
15. You must email all of the above documents to HUDApproval@seterus.com or fax them to 888.502.0048.

**Terms and Conditions required by no later than two business days after closing:**
16. We must receive a copy of the signed, certified HUD-1 Settlement Statement for the sale of the property by the earlier of any court ordered scheduled foreclosure sale date or February 10, 2017 via email to HUDApproval@seterus.com, fax 888.502.0048, or mail Seterus, Inc., 14523 SW Millikan Way, Suite 200, Beaverton, OR 97005. The HUD-1 must be in accordance with the Estimated HUD-1 Settlement Statement, which indicates a purchase price of $261,000.00. Any amounts paid to junior lien holders to obtain lien release(s) shall not exceed the total sum of $0.00. Our credit for seller paid closing costs must not exceed $0.00. Realtor commission must not exceed 6%. You acknowledge that Seterus and the holder of your Loan relied upon this Estimated HUD-1 to approve the discounted payoff settlement. Any surplus funds shown on the Final HUD-1 in excess of the amount shown on the Estimated HUD-1 also must be paid directly to Seterus.
17. The deed conveying the Property to the Buyer should be sent for recordation in the name of the Buyer within 48 hours of closing, and include the following provision, unless prohibited by applicable law:
    Grantee herein is prohibited from conveying captioned property for any sales price for a period of 30 days from the date of this deed. After this 30 day period, Grantee is further prohibited from conveying the property for a sales price greater than $313,200.00 until 90 days from the date of this deed. These restrictions shall run with the land and are not personal to the Grantee.
18. We must receive your fully signed and notarized copy of this Agreement and a complete Short Sale Affidavit Form with all involved parties printing, signing, and dating the document.
19. We must receive a copy of the POA used to sign for any individual, if applicable.

ROBERT P CRANE JR
Agreement date: December 30, 2016
Loan number: ▮2017

Please note that if you have an escrow account, unless otherwise required by applicable law, we will make your tax and/or insurance payments only if your account is less than 30 days delinquent or your account has sufficient funds. If your account is more than 30 days delinquent or has insufficient funds for disbursement, Seterus will not advance funds and you will be responsible for any tax or insurance payments, penalties or interest. Any remaining funds held by Seterus in your escrow or suspense account will be applied toward the remaining amounts owed on your loan after payment of the $231,583.00.

Unless otherwise previously negotiated and explicitly stated on the HUD-1, any funds in excess of the discounted settlement amount on the HUD-1 will be paid to Seterus and applied toward the remaining amounts owed after $231,583.00. Under no circumstances shall any funds be disbursed to the Borrower(s).

Upon completion of all Terms and Conditions listed in this Agreement, we will execute a release and a discharge of the Note and Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated 4/30/2007 for the property located at 1055 HAWTHORNE COVE DR OCOEE, FL 34761 including any deficiency balance, and, if necessary, will dismiss any pending legal action to collect this obligation. As required by law, we may issue a 1099C, Forgiveness of Debt, as a result of this Settlement Agreement. There may be tax implications resulting from debt forgiveness. You should consult a tax advisor and review IRS Publication 544.

This Agreement may have credit reporting consequences. For information about your credit score, go to www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

Borrower(s) and Guarantor(s) release and forever discharge Seterus, and their parents, subsidiaries, affiliates, officers, directors, shareholders, partners, attorneys, trustees, predecessors, successors, representatives, insurers, assignees, agents, employees, administrators, and all persons acting by, through or in any way on their behalf from any and all claims, debts, defenses, liabilities, costs, attorney's fees, actions, suits at law or equity, demands, contracts, expenses, damages, whether general, specific or punitive, exemplary, contractual or extra-contractual, and causes of action of any kind or nature which Borrower(s) and Guarantor(s) may now have or claim to have against Seterus, which may exist from the beginning of time to the date of this Agreement. All parties further covenant and agree that this Agreement may be pleaded or asserted by or on behalf of Seterus as a defense and complete bar to any action or claim that may be brought against or involving Seterus by anyone acting or purporting to act on behalf of the Borrower(s) and Guarantor(s) with respect to any of the matters within the scope of this Agreement excepting only the obligations of the parties under this Agreement. This full and final release does cover and include any and all known or future damages not now known to anyone hereto, but which may later develop or be discovered, including the effects and consequences thereof.

Agreement date: December 30, 2016
Loan number: ▮2017

**Payment remittance information:**

| VIA BANK WIRE TRANSFER | VIA OVERNIGHT MAIL |
|---|---|
| JP Morgan Chase Bank | Loan number ▮2017 |
| ABA #0210-0002-1 | Seterus, Inc. |
| For Further Credit to: | 14523 SW Millikan Way, Suite 200 |
| Seterus, Inc. | Beaverton, OR 97005 |
| Account #859310005 | 866.570.5277 Phone |
| Reference loan number 11962017 | 888.502.0048 Fax |

Our printed name below constitutes our execution of this offer, and it does not need to be countersigned by Seterus.

If you have any questions, please contact us at 866.570.5277. For borrowers having difficulty making their payments, we have loan specialists available Monday-Thursday 5 a.m. to 9 p.m., Friday 5 a.m. to 6 p.m., and Saturday 9 a.m. to 12 p.m. (Pacific time). Saturday hours may vary.

Sincerely,

Seterus, Inc.

**ACKNOWLEDGED AND ACCEPTED BY:**

| Name: ROBERT P CRANE JR | | Name: | |
|---|---|---|---|
| Sign: | Date: | Sign: | Date: |

**Notarization Acknowledgment**

| **Short Sale Affidavit** ||
|---|---|
| Servicer name: Seterus, Inc | Loan number: ▮2017 |
| Address of property: 1055 HAWTHORNE COVE DR OCOEE, FL 34761 ||

This Short Sale Affidavit ("Affidavit") is given by the Seller(s), Buyer(s), Agent(s), and Facilitator to the Servicer and the Investor of the mortgage loan secured by the property ("Mortgage") in consideration for the mutual and respective benefits to be derived from the short sale of the Property.

NOW, THEREFORE, the Seller(s), Buyer(s), Agent(s), and Facilitator do hereby represent, warrant and agree under the pains and penalties of perjury, to the best of each signatory's knowledge and belief, as follows:

a. The sale of the property is an "arm's length" transaction, between Seller(s) and Buyer(s) who are unrelated and unaffiliated by family, marriage, or commercial enterprise;
b. There are no agreements, understandings or contracts between the Seller(s) and Buyer(s) that the Seller(s) will remain in the property as tenants or later obtain title or ownership of the property, except that the Sellers(s) are permitted to remain as tenants in the property for a short term, as is common and customary in the market but no longer than ninety (90) days, in order to facilitate relocation unless prohibited by applicable law;
c. Neither the Sellers(s) nor the Buyer(s) will receive any funds or commissions from the sale of the property except that the Seller(s) may receive a payment if it is offered by the Servicer, approved by the Investor and, if the payment is made at closing of the short sale of the property, reflected on the HUD-1 Settlement Statement;
d. There are no agreements, understandings or contracts relating to the current sale or subsequent sale of the property that have not been disclosed to the Servicer;
e. All amounts to be paid to any person or entity, including holders of other liens on the property, in connection with the short sale have been disclosed to and approved by the Servicer and will be reflected on the HUD-1 Settlement Statement;
f. Each signatory understands, agrees and intends that the Servicer and the Investor are relying upon the statements made in this Affidavit as consideration for the reduction of the payoff amount of the Mortgage and agreement to the sale of the property;
g. A signatory who makes a negligent or intentional misrepresentation agrees to indemnify the Servicer and the Investor for any and all loss resulting from the misrepresentation including, but not limited to, repayment of the amount of the reduced payoff of the Mortgage;
h. This Affidavit and all representations, warranties and statements made herein will survive the closing of the short sale transaction; and
i. Each signatory understands that a misrepresentation may subject the person making the misrepresentation to civil and/or criminal liability.
j. The Seller's Listing Agent has presented all offers for the purchase of the property to the Borrower, and no offers have been held, concealed, or delayed due to action or inaction by any Agent.

| Date of purchase contract: | Investor: The Federal National Mortgage Association (FannieMae) |
|---|---|
| **Seller/Seller's Agent:** ||
| IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____. ||
| Seller's printed name | |
| Seller's signature | |
| IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____. ||
| Seller's Agent's printed name | |
| Seller's Agent's signature | |
| **Buyer/Buyer's Agent:** ||
| IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____. ||
| Buyer's printed name | |
| Buyer's signature | |
| IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____. ||
| Buyer's Agent's printed name | |
| Buyer's Agent's signature | |
| **Escrow Agent/Transaction Facilitator:** ||
| IN WITNESS WHEREOF, I have subscribed my name this ____ day of _____, 20____. ||
| Escrow Agent/Transaction Facilitator's printed name | |
| Escrow Agent/Transaction Facilitator's signature | |

The Short Sale Affidavit needs to be filled out by all parties but does not need to be notarized.
If a Power of Attorney is used for the buyer/seller, please email a copy to HUDApproval@seterus.com.

# seterus™

## HOMEOWNER ASSISTANCE EVALUATION SUMMARY

Loan number: ██2017

We are offering you a Short Sale. Please read the requirements for approval immediately; this offer will expire, as stated in the enclosed letter. The following table contains the list of all of the options for which you were evaluated, along with the reasons you were denied for those programs. If you have any questions, please contact us at 866.570.5277.

| OPTION | ELIGIBILITY |
| --- | --- |
| Repayment | Denied. You have indicated you did not want to pursue any type of assistance where you retained the property and asked to pursue a liquidation option. We did not evaluate you for this program based on any other criteria. |
| Forbearance | Denied. You have indicated you did not want to pursue any type of assistance where you retained the property and asked to pursue a liquidation option. We did not evaluate you for this program based on any other criteria. |
| Cap and Extend Modification | Denied. You have indicated you did not want to pursue any type of assistance where you retained the property and asked to pursue a liquidation option. We did not evaluate you for this program based on any other criteria. |
| Home Affordable Modification Program (HAMP®) | Denied. You have indicated you did not want to pursue any type of assistance where you retained the property and asked to pursue a liquidation option. We did not evaluate you for this program based on any other criteria. |
| Mod24 Modification | Denied. You have indicated you did not want to pursue any type of assistance where you retained the property and asked to pursue a liquidation option. We did not evaluate you for this program based on any other criteria. |
| Fannie Mae Modification | Denied. You have indicated you did not want to pursue any type of assistance where you retained the property and asked to pursue a liquidation option. We did not evaluate you for this program based on any other criteria. |
| Short Sale | Congratulations! You've been offered a Short Sale. |
| Mortgage Release™ | Denied. You are being offered a different loss mitigation option based on the owner of your loan's guidelines. We did not evaluate you for this program based on any other criteria. |

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract), or because all or part of the applicant's income derives from any public assistance program, or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law is The Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WI SED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEB NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL OR FOR INFORMATIONAL PURPOSES ONLY. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF TH THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. HOWEVER, THE LIEN AGAINST THE PROPERTY SECURIN DEBT MAY REMAIN ON THE PROPERTY UNTIL THE AMOUNT OWING ON THE LOAN IS PAID. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATIO JT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number '38.5576. **NEW YORK CITY:** 1331537, 1340663, 1340148. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insuranc us, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

Our credit decision was based in whole or in part on information in a credit report from Experian, a consumer credit reporting agency. While the information was provided by the agency, the agency played no part in our decision and is unable to supply specific reasons for our decision. You have a right under the Fair Credit Reporting Act to obtain a copy of your credit report from the agency. The report will be free if you request it within 60 days after you receive this notice. You also have the right to dispute the accuracy or completeness of any information in your report with Experian. You may contact them by phone at 888.397.3742 or by mail at 701 Experian Parkway, PO Box 2002, Allen, TX 75013-0036.

The Homeowner's HOPE™ Hotline, 888.995.HOPE (4673), provides information on foreclosure prevention. We urge you to become familiar with options that may be available to you.

Eligibility for assistance is at our discretion, and not all applicants qualify. We cannot guarantee that you will receive any assistance or a particular type of assistance. This letter should not be construed as a waiver of our rights, or the loan owner's rights, to collect the amount owed on your loan, under the terms of your loan agreement and any applicable state and federal laws.



| | |
|---|---|
| | **Physical Address**<br>14523 SW Millikan Way, Suite 200; Beaverton, OR 97005 |
| December 30, 2016 | **Business Hours (Pacific Time)**<br>Monday-Thursday 5 a.m. to 8 p.m.<br>Friday 5 a.m. to 6 p.m. |
| | **Payments**<br>PO Box 7162; Pasadena, CA 91109-7162 |
| *F065C*<br>ROBERT P CRANE JR<br>1055 HAWTHORNE COVE DR<br>OCOEE, FL 34761 | **Correspondence**<br>PO Box 2008, Grand Rapids, MI 49501-2008 |
| | **Phone**<br>866.570.5277 |
| | **Fax**<br>866.578.5277 |
| RE: Loan number: ▆2017, serviced by Seterus, Inc. | **Website**<br>www.seterus.com |

We have approved a sale for the property located at 1055 HAWTHORNE COVE DR OCOEE, FL 34761. The sale is estimated to close by February 10, 2017 ("Expiration Date"). You now need to complete the information below. We will then forward this information to the insurance company to cancel the applicable policy(ies) on the sold property and request that a refund of all unearned premium and/or unpaid claims be sent to us.

It is important that this document be properly completed and returned to us at the close of escrow. Not returning this form may result in the Short Sale being declined.

### Short Sale Assignment of Unearned Premium Refund

Hazard policy number: D510032817

I/We the insured, hereby request cancellation of the referenced policy(ies) effective on the actual closing date. Please refund the unearned portion of the premium and/or unpaid claims, ATT: Escrow Department, directly to:

| VIA BANK WIRE TRANSFER | VIA OVERNIGHT MAIL |
|---|---|
| JP Morgan Chase Bank<br>ABA #0210-0002-1<br>For Further Credit to:<br>Seterus, Inc.<br>Account #859310005<br>Reference loan number 11962017 | Loan number: 11962017<br>Seterus, Inc.<br>14523 SW Millikan Way, Suite 200<br>Beaverton, OR 97005<br>866.570.5277 Phone<br>888.502.0048 Fax |

I/We the insured hereby relinquish any claim to these funds.

**ACKNOWLEDGED AND ACCEPTED:**

By: _____  Date: _____  By: _____  Date: _____
    Name: ROBERT P CRANE JR                                                 Name:

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. **COLORADO:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.