UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

Case No.:  16-04202
Chapter 7

ROBERT CRANE


_____ Debtor(s)      /

## <u>NOTICE OF HEARING</u>

**NOTICE IS HEREBY GIVEN THAT:** A preliminary hearing will be held on February 14, 2016 at 11:00 a.m. in Courtroom #6A on the 6th floor, 400 W Washington St, Orlando FL 32801, before the Honorable Karen S. Jennemann, United States Bankruptcy Judge, to consider and act upon the following:

Motion to Sell Free and Clear (DE# 26)

Appropriate Attire: You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.  The hearing may be continued upon announcement made in open Court with further notice.  Due to heightened security procedures persons must present photo identification to enter the courthouse.

I HEREBY CERTIFY that on this 13th day of January 2017, at true and correct copy of the foregoing has been furnished by CM/ECF Electronic Mail or by US Mail to all parties listed below:

***CM/ECF to:***

Brian Rosaler c/o FNMA via ECF

United States Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL  32801

***US Mail to:***

Debtor: 1911 Rachels Ridge Loop, OCOEE, FL  34761;
Allison Moscato, John Roberts & Associates, P.A., 549 North Wymore Road, Suite 209, Maitland, FL 32751

***Certified Mail to:***

Capital One, 1680 Capital One Drive, McLean, VA 22102-3491; Attn: President, Officer, Manager, Managing Agent, where creditor routinely does business

Suntrust Bank, 303 Peachtree Street, North East, Atlanta, GA 30308; Attn: President, Officer, Manager, Managing Agent, where creditor routinely does business


**/s/ Arvind Mahendru**
ARVIND MAHENDRU,
Chapter 7 Trustee
5703 Red Bug Lake Rd. #284
Winter Springs Florida 32708
Telephone: (407) 504-2462
amtrustee@gmail.com